Argued and submitted January 9, affirmed February 7, 2007

JEFFREY LEROY JONES,
*Petitioner-Appellant,*

*v.*

Jean HILL,
Superintendent,
Eastern Oregon Correctional Institution,
*Defendant-Respondent.*

Umatilla County Circuit Court
CV020554; A123608

152 P3d 961

David J. Celuch argued the cause and filed the brief for appellant.

Jennifer S. Lloyd, Senior Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

## PER CURIAM

Petitioner appeals from the trial court's judgment denying post-conviction relief. He assigns error to (1) the post-conviction court's rejection of his claims predicated on *Crawford v. Washington*, 541 US 36, 124 S Ct 1354, 158 L Ed 2d 177 (2004), and (2) the court's denial of leave to file an amended petition. Petitioner's first assignment of error is controlled by *Peed v. Hill*, 210 Or App 704, 153 P3d 125 (2007). With respect to petitioner's second assignment of error, we determine that the trial court did not abuse its discretion in denying leave to amend.

Affirmed.